**United States District Court**
For the Northern District of California

1
2
3
4
5
6                        IN THE UNITED STATES DISTRICT COURT
7
8                        FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10  CRAIG YATES, an individual; and
11  DISABILITY RIGHTS ENFORCEMENT
    EDUCATION SERVICES: HELPING              No. C 07-01405 WHA
12  YOU HELP OTHERS, a California public
    benefit corporation,
13
              Plaintiffs,
14
       v.                                    **ORDER DENYING
15                                           STIPULATION TO CONTINUE
    BELLI DELI, WILLIAM ROGERS AS           CASE MANAGEMENT
16  TRUSTEE of PEGGY R. VAN ALYEA           CONFERENCE**
    1998 TRUST UTD; DONG J. HOMER,
17  and YOUNG B. HOMER, individuals
    dba BELLI DELI,
18
              Defendants.
19                                      /
20        Taking part in settlement discussions is not a good reason to delay the case management
21  conference and related deadlines for 45 days.  The Court **DENIES** the parties' stipulation.
22
23        **IT IS SO ORDERED.**
24
25  Dated:  September 12, 2007.
26                                          WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE
27
28