THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
2806 Van Ness Avenue
San Francisco, CA 94109
Telephone: 415/674-8600
Facsimile: 415/674-9900
Attorneys for Plaintiffs
CRAIG YATES
and DISABILITY RIGHTS
ENFORCEMENT, EDUCATION,
SERVICES: HELPING YOU
HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>BELLI DELI; WILLIAM ROGERS as TRUSTEE of PEGGY R. VAN ALYEA 1998 TRUST UTD; DONG J. HOMER and YOUNG B. HOMER individuals dba BELLI DELI,<br><br>Defendants. | **CASE NO. C07-1405-WHA**<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the Mutual Settlement Agreement and Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* <u>Kokonen v. Guardian Life Ins. Co.</u>, 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

///

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON

1  Therefore, IT IS HEREBY STIPULATED by and between parties to this action through
2  their designated counsel that the above-captioned action be and hereby is dismissed with
3  prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).
4  This stipulation may be executed in counterparts, all of which together shall constitute
5  one original document.

DATED: March 4, 2008        THOMAS E. FRANKOVICH,
                            *A PROFESSIONAL LAW CORPORATION*

                            By: /s/
                                Thomas E. Frankovich
                            Attorneys for Plaintiffs CRAIG YATES and
                            DISABILITY RIGHTS ENFORCEMENT,
                            EDUCATION SERVICES: HELPING YOU HELP
                            OTHERS

DATED: February 11, 2008    BLEDSOE, CATHCART, DIESTEL &
                            PEDERSEN, LLP

                            By: /s/
                                Esther C. Que
                            Attorney for DONG J. HOMER and YOUNG B.
                            HOMER, and BELLI DELI

DATED: February 8, 2008     PHILLIPS, SPALLAS & ANGSTADT LLP

                            By: /s/
                                Elisa R. Marcaletti
                            Attorney for WILLIAM ROGERS as TRUSTEE of
                            PEGGY R. VAN ALYEA 1998 TRUST UTD

///
///
///
///
///
///

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON                    -2-

**ORDER**

IT IS HEREBY ORDERED that matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Mutual Settlement Agreement and Release should such enforcement be necessary.

Dated: __March 4_____, 2008

_____
Hon. William H. Alsup
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge William Alsup*